JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARK SHEPARD,<br><br>　　　　　Respondent. | Case No. CV 06-01552-AG (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 26, 2008

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　United States District Judge